No. 85–318. EL SHAHAWY *v.* ELLIOTT. C. A. 11th Cir. Certiorari denied.

No. 85–358. KENNER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–423. THOMAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–425. REYNOLDS *v.* FLORIDA. Cir. Ct. Fla., Escambia County. Certiorari denied.

No. 85–442. ECKELS, COUNTY COMMISSIONER, HARRIS COUNTY, TEXAS *v.* GREATER HOUSTON CHAPTER OF THE AMERICAN CIVIL LIBERTIES UNION ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–447. MAX DAETWYLER CORP. *v.* MEYER. C. A. 3d Cir. Certiorari denied.

No. 85–462. MULLEN *v.* SKINNER ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–467. ILLINOIS PRO-LIFE COALITION, INC., III *v.* KEITH ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–468. BOARDMAN ET AL. *v.* UNITED SERVICES AUTOMOBILE ASSN. C. A. 5th Cir. Certiorari denied.

No. 85–470. CORTEZ ET UX., INDIVIDUALLY AND DBA CORTEZ AGENCY *v.* UNAUTHORIZED PRACTICE COMMITTEE, STATE BAR OF TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 85–475. MINTZ *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 85–476. BLANKFIELD *v.* TEXAS STATE BOARD OF DENTAL EXAMINERS. Ct. App. Tex., 1st Sup. Jud. Dist. Certiorari denied.

No. 85–477. PHILADELPHIA ELECTRIC CO. *v.* HERCULES INC. ET AL. C. A. 3d Cir. Certiorari denied.